## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: | CHAPTER 13 |
| ROBERTA GAINES, | CASE NO. 14-02021-NPO |
| Debtor.          / | |

### ALLIANCE REALTY CAPITAL, LLC'S
### OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**Comes now, Alliance Realty Capital, LLC** ("Secured Creditor"), by and through the undersigned attorney, and files this Objection to Confirmation of Debtors' Chapter 13 Plan. In support of the objection, Secured Creditor states as follows:

1. Secured Creditor is the holder of a first position Mortgage on real property commonly known as Route 2 Box 18 Lorman, MS 39096, which may also be known as, 71 Sylvester Gaines Road, Lorman, MS, 39096, by virtue of a Mortgage which is recorded in Jefferson County, Mississippi.

2. Secured Creditor anticipates filing a Proof of Claim for the total debt of $37,601.64 to be paid at the contract interest rate of 9.30%. The loan matures November 1, 2015.

3. The Chapter 13 Plan filed by the Debtors fails to provide sufficient payments to Secured Creditor for both in the amount of $37,601.64 in violation of 11 U.S.C. §1322(b)(3) and 1325(a)(5).

4. Secured Creditor objects to any plan which does not provide for payment of the loan in accordance with the underlying loan documents.

(Remainder of page intentionally left blank.)

206774

**WHEREFORE, Alliance Realty Capital, LLC,** prays that these objections be reviewed, that the Debtors' plan be denied confirmation unless amended to cure Secured Creditor's objections stated herein, and that this Court grant such other relief as it deems proper.

Respectfully submitted August 25, 2014.

                **RCO LEGAL, P.S.**

                /s/ Karen A. Maxcy
                **Karen A. Maxcy**, MS Bar No 8869
                Attorney for Secured Creditor
                1587 Northeast Expressway
                Atlanta, GA 30329
                Phone: 678-298-8830
                Fax:  404-329-8009

206774

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within OBJECTION TO CONFIRMATION has been served either by electronic transmission or by regular first class mail, with appropriate postage affixed, to the following:

**VIA REGULAR U.S. MAIL:**

Roberta Gaines
71 Sylvester Gaines Road
Lorman, MS 39096

**VIA ELECTRONIC TRANSMISSION:**

Branan P. Southerland
1120 Jackson Street
Vicksburg, MS 39183
branan@southerlandlaw.net

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39269
HJB@JBarkley13.com

Office of the U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

Dated: August 25, 2014.

RCO LEGAL, P.S.

/s/ Karen A. Maxcy
**Karen A. Maxcy**, MS Bar No 8869
Attorney for Secured Creditor
1587 Northeast Expressway
Atlanta, GA 30329
678-298-8830
Fax: 404-329-8009
kmaxcy@rcolegal.com

206774