_____

SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: December 16, 2014

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

**ROBERTA GAINES,**                **CHAPTER 13**

           **Debtor.**        **BANKRUPTCY NO. 14-02021-NPO**

                             **Movant**

**ALLIANCE REALTY CAPITAL, LLC,**

**VS.**

**ROBERTA GAINES, Debtor, and**
**HAROLD J. BARKLEY, JR., Trustee**

                             **Respondents.**

## AGREED ORDER

THIS MATTER having been scheduled for hearing for the Objection to Confirmation of Plan filed by Alliance Realty Capital, LLC, its successors and assigns, hereinafter "Movant", document number 25, and the parties having reached an agreement as to said Objection; and the Court being fully advised of same, and finding that it has jurisdiction of the parties and of the subject matter, finds that the agreement should be incorporated into the order as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED**:

The loan in the amount of $39,782.70 shall be paid over the life of the bankruptcy case at 9.3% interest by the Trustee.

## END OF ORDER ##

206774

**Agreed to:**

/s/ **Karen A. Maxcy**
Karen A. Maxcy, MS Bar No. 8869
Attorney for Movant
RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA 30329
678-298-8830

No Opposition:

Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 4476
Jackson, MS 39269

601-362-6161

/s/ Brana P. Southerland, by express permission
Branan P. Southerland
Attorney for the Debtor
1120 Jackson Street
Vicksburg, MS 39183
branan@southerlandlaw.net

**206774**